## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JOO WON MOON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 18-3109 (RMC)** |
| | ) | |
| **KEVIN K. MCALEENAN**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS

Under Rule 4(m) of the Federal Rules of Civil Procedure, if the plaintiff has not served the defendant with a summons and a complaint within 90 days after the filing of the complaint, the Court may dismiss the action. Over 90 days have passed since the filing of the complaint in this action[1] and the Court has no record that the Defendants have been served with a summons and complaint. Accordingly, it is hereby

**ORDERED** that <u>on or before May 16, 2019</u>, Plaintiff must either: (1) file with the Court proof that Defendants have been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If Plaintiff fails to comply with this Order, or if the Court determines that Plaintiff has not shown good cause for failure to comply with Rule 4(m), this case will be dismissed without prejudice.

Date: May 2, 2019

_____
ROSEMARY M. COLLYER
United States District Judge

---

[1] The Complaint was filed on December 28, 2018.